STEWART, ordinary, for use, *vs.* RODGERS.

[Jackson, C. J., not presiding, on account of providential cause.]

There was no abuse of discretion in granting a first new trial in this
case.

Judgment affirmed.

October 2, 1881.

HALL, Justice.

[Stewart, ordinary of Sumter county, for use of Ella
Meeks, brought suit on the guardian's bond of David G.
Rodgers, against him, as principal, and Joel Aycock, as
security. Neither defendant appeared. When the case
was called, plaintiff introduced in evidence a certified copy
of the bond and a return made by the guardian. This
charged himself with $983.34, and then stated that this
was received in Confederate money, which became worth-
less and still remains on hand. Counsel for plaintiff an-
nounced that he relied on the item showing receipt of
funds, and not on the statement as to Confederate money.
Counsel for plaintiff wrote out the verdict for $983.34,
which was signed, the court having instructed the jury
that there being no defence or controversy, the plaintiff
was entitled to a verdict for the amount which the defend-
ant admitted to be due.

Defendant moved for a new trial, on the ground that the verdict was contrary to and unsupported by evidence; that the court erred in his instruction; and that the jury signed the verdict without charge or instructions, except as stated above.

The motion was sustained, and plaintiff excepted.]